**ROCKARD J. DELGADILLO**, City Attorney (SBN125465x)
**MICHAEL L. CLAESSENS**, Managing Asst. City Attorney
**CORY M. BRENTE**, Supervising Assistant City Attorney
**RENA M. SHAHANDEH**, Deputy City Attorney (SBN 198072)
**WENDY SHAPERO**, Deputy City Attorney (SBN 198739)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
E-mail: wendy.shapero@lacity.org
Telephone No.: (213) 978-7041 - Fax No.: (213) 978-8785

*Attorneys for Defendant,*
**CITY OF LOS ANGELES**, a municipal corporation.

FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SMITH and STEVEN SMITH, <br><br> Plaintiffs, <br><br> vs. <br><br> Los Angeles Police Department Detective _____ Velasco, in his professional and persona capacities, <br><br> Los Angeles Police Department Detective _____ Oakley, in his professional and personal capacities, <br><br> Los Angeles Police Department Detective _____ Aguayo, in his professional and personal capacities, <br><br> Los Angeles Police Department Lieutenant _____ Storaker, in his professional and personal capacities, <br><br> Los Angeles Police Department Officers, Does 1-50, in their professional and personal capacities, <br><br> Los Angeles Police Chief William Bratton, in his professional and personal capacities, <br><br> **CONTINUED BELOW**, | Case No. CV 06-5978 JWJ <br> Honorable Judge Jeffrey W. Johnson <br><br> [~~PROPOSED~~] **JUDGMENT** |

i

| | |
|---|---|
| 1 | )<br>) |
| 2  The Los Angeles Police Department,<br>   an agency of the City of Los Angeles, | )<br>) |
| 3  County of Los Angeles, State of<br>   California | )<br>)<br>) |
| 4 | ) |
| 5  The City of Los Angeles, County of<br>   Los Angeles, State of California, a<br>   municipal corporation | )<br>)<br>) |
| 6 | ) |
| 7  John or Jane Does 51 - 100 | )<br>) |
|                 *Defendants.* | ) |

The Motion for Summary Judgment by Defendant City of Los Angeles came on regularly for hearing on April 10, 2008 before the Honorable Jeffrey W. Johnson. Plaintiffs were represented by Mark A. Massey, Esq.. Defendant City of Los Angeles was represented by Deputy City Attorneys Wendy Shapero and Rena Shahandeh.

After considering the moving, opposing, and reply papers, and having heard the arguments of counsel, the Court issued its Order Granting Defendant's Motion for Summary Judgment in Part and dismissed with prejudice the federal claims (claims one through five) against the City of Los Angeles. The Court further ordered claims one through five dismissed against the unserved defendant officers without prejudice due to plaintiffs' failure to prosecute. Finally, the Court declined to exercise supplemental jurisdiction over the state causes of action (claims six through ten) and dismissed those claims against all defendants without prejudice. A copy of the Order is attached to this judgment and incorporated by reference as if fully set forth herein.

**JUDGMENT**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

  1.    That Judgment be, and hereby is entered in favor of the defendants and

1

1 | against the plaintiffs;
2. That the plaintiffs shall take nothing; and
3. That defendant City of Los Angeles recover its costs of suit herein.

DATED: May 23, 2008

Honorable Jeffrey W. Johnson
UNITED STATES MAGISTRATE JUDGE

3